JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-mc-00011-JVS-MAA | Date | October 6, 2022 |
|---|---|---|---|
| Title | Natural Immunogenics Corp. v. Newport Trial Group et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE**

The underlying case in this matter SACV 15-02034JVS(JCGx) having been dismissed on October 4, 2022, the Court orders this matter dismissed.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |